UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCOTT GUNNELLS, an individual,

Plaintiff,

v.

MICHAEL JOSEPH TEUTUL, an individual;
PAUL TEUTUL, an individual; ORANGE
COUNTY CHOPPERS, INC., a New York
Corporation; DISCOVERY, INC., a Delaware
Corporation.; PILGRIM MEDIA GROUP,
LLC, a Delaware Limited Liability Company;
and DOES 1-10,

Defendants.

Civil Action No.: 1:19-cv-05331-JSR
Civil Action No.: 1:19-cv-05312-JSR

**DEFAULT JUDGMENT AS TO
DEFENDANTS MICHAEL JOSEPH
TEUTUL, PAUL TEUTUL, AND
ORANGE COUNTY CHOPPERS, INC.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/18/20

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

**JUDGMENT AGAINST MICHAEL JOSEPH TEUTUL, PAUL TEUTUL, AND
ORANGE COUNTY CHOPPERS, INC.:**

A Judgment is hereby GRANTED and ENTERED against Michael Joseph Teutul, an Individual; Paul Teutul, an Individual; and Orange County Choppers, Inc., a New York Corporation, jointly and severally, and in favor of Scott Gunnells, in the amount of $ 258,484.45 , along with interest in the amount prescribed by statute.

SO ORDERED.

Date  2/13 , 2020         By: _____
                              Jed S. Rakoff
                              United States District Judge