```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| SCOTT GUNNELLS,<br><br>        Plaintiff,<br><br>    -against-<br><br>MICHAEL JOSEPH TEUTUL, et al.,<br><br>        Defendants. | 19-cv-5331 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

The Court hereby orders defendants Joseph Teutul, Paul Teutul, and Orange County Choppers, Inc. to pay plaintiff Scott Gunnells $11,588.50 in costs and attorneys' fees incurred in moving for and enforcing the February 18, 2020 default judgment in the above-captioned case. Defendants must do so by July 31, 2020.

SO ORDERED.

Dated:   New York, NY

         July 16, 2020                          _____
                                                JED S. RAKOFF, U.S.D.J.